**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| Malinda Rusk, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Franklin Collection Service, Inc., a Mississippi corporation, )<br><br>Defendant. ) | No.   5:17-cv-001420-UJH-KOB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal this matter without prejudice.

Dated:  August 31, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Ronald C. Sykstus   (AL Bar No. ASB-7064-K73R)
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
(256) 539-9899
(256) 713-0237 (FAX)
Rsykstus@bondnbotes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2017, a copy of the foregoing **Notice of Voluntary Dismissal Without Prejudice** was filed electronically.  Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 31, 2017.

Franklin Collection Service, Inc.
c/o Rick Culp
Mitchell, McNutt & Sams, P.A.
105 S. Front Street
P.O. Box 7120
Tupelo, Mississippi 38802

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com